THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

---

**AMY HILL**, Administratrix of the
Estate of **ROBERT "BOBBY" HANNA**, Deceased

v.                                                                                              No. 1:15-cv-01071-JDB-egb

**W.L. MARKERS, INC.**,

---

**PAUL B. DUNN**, **PAMELA DUNN**,
**PASCHAL TRUCK LINES, INC.**,

v.                                                                                              No. 1:15-cv-01088-JDB-egb

**ASHBURN FREIGHT, INC**., and
Estate of **ROBERT LEE HANNA**, Deceased,
Thomas A. Young, Special Administrator of the Estate

---

### NOTICE OF VIDEO DEPOSITION

---

NOTICE is hereby given that pursuant to Rule 30(B) of the Federal Rules of Civil Procedure, Ashburn Freight, Inc. will take the deposition of **Pamela Dunn** upon oral examination before a Notary Public or other officer authorized by law to take depositions at the offices of Baker, Donelson, Bearman, Caldwell & Berkowitz, 211 Commerce Street, Suite 800, Nashville, TN 37201 on the 21st day of September, 2016 at 10:00 a.m. CST, and said deposition shall be adjourned and continued from day to day and time to time until it is complete. The deposition shall be recorded by audio visual means.

Dated this the 13th day of September, 2016.

                                                  Respectfully submitted,

                                                  /s Joseph L. Broy
                                                  **JOSEPH L. BROY** (BPR#019317)
                                                  *Attorney for Ashburn Freight, Inc. and Hanna*
                                                  Law Offices of Scott C. Campbell
                                                  6750 Poplar Avenue, Suite 601
                                                  Germantown, Tennessee  38138
                                                  Telephone: (901) 756-3046
                                                  jbroy@travelers.com

## CERTIFICATE OF SERVICE

 I certify that a true and exact copy of the foregoing instrument has been served on the following, via the Court's CM/ECF system, and via email:

**JOHN W. CHANDLER, JR.** (BPR# 006219)
*Attorneys for Plaintiffs Dunn and Nelson*
The Adams Building
1419 Market Street
Chattanooga, Tennessee 37402

**W. STUART SCOTT** (BPR#013408)
**JOSHUA L. BURGENER** (BPR#029077)
*Attorney for Intervening Plaintiff*
424 Church Street, Suite 1401
Nashville, Tennessee 37219
Telephone: (615) 244-6538
sscott@dickinsonwright.com
jburgener@dickinsonwright.com

**DAVID A. HODGES, ESQ.**
*Attorney for Plaintiffs Estate of Robert Lee Hanna, Amy Hill, Administratrix*
212 Center Street, Fifth Floor
Little Rock, Arkansas 72201
Telephone: (501) 374-2400
david@hodgeslaw.com

**KEITH CLEMENTS, ESQ.**
**LOUIS ETOCH, ESQ.**
*Attorney for Plaintiffs Estate of Robert Lee Hanna, Amy Hill, Administratrix*
727 Cherry Street
Helena, Arkansas 72342
Telephone: (870) 338-3591
keith@etochlaw.com

**CRAIG J. LAZAROV, ESQ.** (BPR#016790)
*Attorney for W.L. Markers, Inc.*
5350 Poplar Avenue, Suite 306
Memphis, Tennessee 38119
Lazaroc1@nationwide.com

**THOMAS A. YOUNG, ESQ.**
*Special Administrator Estate of Robert Lee Hanna*
66 Mound City Road
Marion, Arkansas 72364
Telephone: (870) 739-1888

This the 13th day of September, 2016.

                                                /s Joseph L. Broy
                                                **JOSEPH L. BROY** (BPR#019317)